444 F.2d 538
 John Brent TARLTON, Jr., Petitioner-Appellant,
v.
J. J. CLARK, Warden, Respondent-Appellee.
 No. 71-1679 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 July 2, 1971.
 
 John Brent Tarlton, Jr., pro se.
 John W. Stokes, Jr., U.S. Atty., E. Ray Taylor, Jr., Atlanta, Ga., for respondent-appellee.
 Appeal from United States District Court, Northern District of Georgia; Sidney O. Smith, Jr., Chief Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966